# Third District Court of Appeal

## State of Florida

Opinion filed July 23, 2026.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D26-0084
Lower Tribunal No. 25-78694-SP-26

————————————

**Abner Contreras,**
Appellant,

vs.

**Bank of America, N.A.,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Michaelle Gonzalez-Paulson, Judge.

Abner Contreras, in proper person.

Andreu, Palma, Lavin & Solis, PLLC, and Carlos Cruanes, for appellee.

Before LOGUE, LINDSEY, and GOODEN, JJ.

PER CURIAM.

Affirmed.